UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| GLENDA C., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:22-CV-110-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, *Commissioner of Social Security*, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order of the Court entered this date, it is **HEREBY ORDERED AND ADJUDGED** as follows:

(1) Judgment is entered in favor of the Commissioner.

(2) This is a **FINAL** Judgment, and this matter is **STRICKEN** from the Court's active docket.

This the 6th day of November, 2023.

*/s/ Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

1